```
              IN THE UNITED STATES DISTRICT COURT
                 WESTERN DISTRICT OF ARKANSAS
                       EL DORADO DIVISION

EVERICK L. MONK                                        PLAINTIFF

         v.                Civil No. 10-1072

SHERIFF FOSTER; CAPTAIN
TRUMAN YOUNG; LT. J.
DELANEY; SGT. DAVIS;
NURSE P. MANESS; and JOHN AND
JANE DOE, Doctors, Magnolia
Hospital                                              DEFENDANTS
```

### ORDER

Now on this 28th day of February, 2011, comes on for consideration the **Magistrate Judge's Report And Recommendation** (document #3), to which there are no objections, and the Court, being well and sufficiently advised, finds that the Report and Recommendation is sound in all respects, and should be adopted in its entirety.

**IT IS THEREFORE ORDERED** that the **Magistrate Judge's Report And Recommendation** (document #3) is **adopted in its entirety.**

**IT IS FURTHER ORDERED** that the plaintiff's complaint is dismissed with prejudice based on application of the three strikes provision of PLRA, 28 U.S.C. § 1915(g).

**IT IS SO ORDERED.**

    /s/ Jimm Larry Hendren
JIMM LARRY HENDREN
UNITED STATES DISTRICT JUDGE